THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 4, 2016



Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re
Scott Boyd,
       Debtor.

Chapter 13
Case No. 12-29302-svk

**ORDER DENYING CONFIRMATION OF MODIFIED PLAN**

      Based on the Debtor's failure to serve the proposed modified plan on the creditors in this case despite due warning from the Court,

      IT IS THEREFORE ORDERED: confirmation of the modified plan filed January 11, 2016 is denied.

#####